1

2

3                                                 O

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                        )
12                    Plaintiff,        )        SA 08-306M
                                        )
13          v.                          )   ORDER OF DETENTION AFTER HEARING
                                        )        (18 U.S.C. § 3142(i))
14   MARIO ALBERTO DAVILA-TORRES,       )
                                        )
15                    Defendant.        )
     _____)

16

17                                      I.

18   A. ( ) On motion of the Government involving an alleged

19          1. ( )  crime of violence;

20          2. ( )  offense with maximum sentence of life imprisonment or death;

21          3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

22                  (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23          4. ( )  felony - defendant convicted of two or more prior offenses described above.

24   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25          1. ( X )    serious risk defendant will flee;

26          2. ( )  serious risk defendant will

27               a. ( )   obstruct or attempt to obstruct justice;

28               b. ( )   threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

## II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  ( X )    appearance of defendant as required; and/or

B.  ( ) safety of any person or the community;

## III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C.  ( ) A serious risk exists that defendant will:

1. ( )   obstruct  or  attempt to  obstruct  justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:


D.  ( ) Defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary  the  presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5   consultation with his counsel.

6

7

8   Dated: June 27, 2008

9   _____

10   Marc L. Goldman
     U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28